No. 82–1834.   SCALISE ET AL. v. ATTORNEY GENERAL OF THE UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–1853.   LEE, AKA VALENTE v. UNITED STATES. C. A. 7th Cir.   Certiorari denied.

No. 82–6188.   MARKS v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6544.   BORMEY v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 82–6549.   DEL PRADO v. INDIANA.   Ct. App. Ind. Certiorari denied.

No. 82–6561.   HINTON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 82–6563.   SAUNDERS v. VETERANS ADMINISTRATION ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6567.   JOHNSON v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6571.   SMITH v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–6586.   BRANTNER v. ZIMMERMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6590.   RITTER v. RITTER.   C. A. 9th Cir.   Certiorari denied.

No. 82–6594.   CONWAY ET AL. v. ANDERSON, WARDEN. C. A. 6th Cir.   Certiorari denied.